IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RUFO VILLANUEVA-CARRION,
Plaintiff

v.                                                                                          CIVIL NO. 05-1214(DRD)

CROWNE PLAZA
(PUERTO RICO), INC., d/b/a
INTERCONTINENTAL SAN JUAN
RESORT & CASINO

| MOTION | ORDER |
|---|---|
| **Date Filed: 04/20/06** <br> **Docket #35** <br> [ ] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Motion for Reconsideration | **DENIED.** Defendant has failed to meet the required threshold in its attempt to extend a scheduling deadline set by the Court. Although, defendant timely filed its request for an extension of time, and has attested that the extension is not sought on the grounds of "having too many fish to fry", defendant has failed to show good cause as to why the deadline cannot be reasonably met despite certified the diligence of the party in seeking the extension as set forth in *O'Connell v. Hyatt*, 357 F.3d 152, 154 (1st Cir. 2004). |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico, this 27th day of April 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE